No. 4,681.—STATE EX REL. FRANK C. LAVIGNE, RELATOR, *v.* DISTRICT COURT OF THE FIRST JUDICIAL DISTRICT, RESPONDENT.

Original application for Writ of Prohibition.

Decided September 28, 1920.

PER CURIAM.—Pursuant to stipulation of the parties herein, the order of submission of this cause for judgment and decision is set aside and the proceeding is dismissed.

*Mr. C. A. Spaulding,* for Relator.

*Mr. Edward Horsky,* for Respondent.